1
2
3
4
5
6
7
8
9
10                        UNITED STATES DISTRICT COURT
11                        CENTRAL DISTRICT OF CALIFORNIA
12

| 13 | ELISA GOMEZ, | CASE NO: 2:14-cv-05249-JAK-VBK |
| 14 |         Plaintiff, | JUDGMENT |
| 15 |   v. | JS-6 |
| 16 | WELLS FARGO, N.A., and DOES 1-100, inclusive, | |
| 17 | | |
| 18 |         Defendants. | |
| 19 | | |

20          On September 11, 2015, pursuant to Rule 12(b)(6) of the Federal Rules of

21   Civil Procedure, this court entered an order granting, without leave to amend, the

22   amended Motion to Dismiss plaintiff's complaint filed by defendant Wells Fargo

23   Bank, N.A., successor by merger with Wells Fargo Bank Southwest, N.A., f/k/a

24   Wachovia Mortgage, FSB, f/k/a World Savings Bank, FSB ("Wells Fargo").

25   Therefore,

26          **IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

27          1.      Plaintiff's complaint is dismissed with prejudice; and

28

2.   Plaintiff shall take nothing from defendant Wells Fargo.

**IT IS SO ORDERED:**

DATED:  October 13, 2015

_____
HON. JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE